IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X
STACK TECK SYSTEMS, INC., :
a Delaware corporation, :
: 
    Plaintiff, :
:
        v. :
:   C.A. No. 06-CV-00507-UNA
:
DAVID BROWN :
:
    Defendant. :
:
---------------------------------------------------X

## AFFIDAVIT OF MAILING
### PURSUANT TO DELAWARE DISTRICT COURT RULE 4.1 (b)

STATE OF DELAWARE    )
                                ) SS.
COUNTY OF NEW CASTLE   )

    Dominick T. Gattuso, being duly sworn, deposes and says:

    1.    I am an attorney for the plaintiff in the above-captioned action and am duly authorized to make this affidavit on their behalf and to represent the facts set forth herein.

    2.    Pursuant to 10 Del. C. § 3104, on July 27, 2006, the Secretary of State of the State of Delaware was served with a true and correct copy of the Complaint with accompanying Summons in this action on behalf of the defendant, David Brown.

    3.    On July 28, 2006, I caused a copy of the Complaint and accompanying Summons to be sent by registered mail, return receipt requested, together with a letter stating the information required by 10 Del. C. § 3104(d), to the defendant, David Brown, at the address

BMF-W0018119.

indicated below:

>David Brown
>937562 Airport Road, RR # 2
>Lisle, Ontario, Cananda
>L0M 1M0

Copies of the letter is attached hereto as Tab 1.

   4.  The Complaint and accompanying Summons were received by the post office for delivery on the defendant David Brown on July 28, 2006, as evidenced by the postal receipt attached hereto at Tab 2.

   5.  The Complaint and accompanying Summons were received by defendant David Brown on August 4, 2006, as evidenced by the United State Postal Service's Track & Confirm Receipt, which is attached hereto at Tab 3.[1]

*[signature]*
Dominick T. Gattuso (I.D. No. 3630)

SWORN TO AND SUBSCRIBED
before me this 16th day of August, 2006.

*[signature]*
Notary Public

JULIE L. FIELDER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 9, 2008

---

[1] The United States Postal Service has not returned the signed return receipt to plaintiff's counsel despite assurances to counsel that we would receive the receipt within four to seven business days following delivery on defendant Brown on August 4.

# Exhibit

1

Case 1:06-cv-00507-JJF-MPT    Document 3-2    Filed 08/16/2006    Page 1 of 6

# BOUCHARD MARGULES & FRIEDLANDER

A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOHN M. SEAMAN
DOMINICK T. GATTUSO
JAMES G. MCMILLAN, III

July 28, 2006

**BY REGISTERED MAIL,**
**RETURN RECEIPT REQUESTED**

David Brown
937562 Airport Road
RR#2
Lisle, Ontario, Canada
L0M 1M0

    RE:   *Stack Teck, Inc. v. Brown*, C.A. No. 2299

Dear Mr. Brown:

    This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the Delaware Court of Chancery in and for New Castle County.

    Please be advised that the original Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon you, and that under the provisions of 10 *Del. C.* § 3104 such service is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

    Enclosed is a copy of the Complaint, Summons and Return of Service.

Sincerely,

Dominick T. Gattuso

Enclosures

cc:    Robert Forman, Esquire (via facsimile)
        David J. Margules, Esquire

{BMF-W0017420.}

# Exhibit

# 2

| Registered No. RR366033603US | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee $ | $7.90 | | | 0501 |
| Handling Charge $ | $0.00 | Return Receipt $ | $1.85 | 04 |
| Postage $ | $0.90 | Restricted Delivery $ | $0.00 | 07/28/2006 |

Received by: [signature]

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☐ Without Postal Insurance

FROM: Dominick T. Gattuso, Esq.
Bouchard Margules & Friedlander
222 Delaware Ave., Suite 1400
Wilmington, DE 19801

TO: David Brown
937562 Airport Rd., RR #2
Lisle, Ontario, Canada
/CA Canada   1M0

PS Form 3806, June 2002    Receipt for Registered Mail    Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at www.usps.com ®

# Exhibit

# 3



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RR36 6033 603U S**
Detailed Results:

- Delivered Abroad, August 04, 2006, 11:59 am, CANADA
- Attempted Delivery Abroad, August 03, 2006, 11:59 am, CANADA
- Acceptance, July 28, 2006, 4:37 pm, WILMINGTON, DE 19801

( < Back )                 ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

---



POSTAL INSPECTORS     site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust                  Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                                    8/16/2006