IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STACK TECK SYSTEMS, INC., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-507 |
| DAVID BROWN, | : | JURY TRIAL DEMANDED |
| Defendant. | : | |

### DEFENDANT'S MOTION TO DISMISS FOR FORUM NON CONVENIENS

Now comes Defendant, David Brown, by and through counsel, who moves to dismiss on the grounds of forum <u>non conveniens</u>. The grounds for this motion are set forth in Defendant's Opening Brief and the accompanying Affidavit of David Brown.

Respectfully submitted,

**RICHARD R. WIER, JR., P.A.**

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of August 2006, that I caused the attached document to be filed with the Clerk of the Court through CM/ECF, which will send notification of said filing to counsel of record.

**RICHARD R. WIER, JR., P.A.**

/s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222