IN THE UNTIED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STACK TECK SYSTEMS, INC., a Delaware corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-507-KAJ |
| v. | ) ) ) ) ) | |
| David Brown, Defendant. | ) ) | |

**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO DEFENDANT'S MOTION TO DISMISS FOR FORUM NON CONVENIENS**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the due date by which Plaintiff Stack System, Inc shall respond to Defendant David Brown's Motion to Dismiss is extended through and including September 12, 2006.

RICHARD R. WIER, JR., P.A.

/s/ 

Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
Two Mill Road, Suite 200
Wilmington, DE 19806
Telephone: (302) 888-3222

BOUCHARD MARGULES & FRIEDLANDER, P.A.

/s/

David J. Margules (#2254)
Dominick T. Gattuso (#3630)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3530

SO ORDERED this _____ day of September, 2006.

_____
District Court Judge