# RICHARD R. WIER, JR., P.A.

ATTORNEY AT LAW

**RICHARD R. WIER, JR.***

**DANIEL W. SCIALPI**

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com
DScialpi@Wierlaw.com

*ALSO ADMITTED IN PA

September 12, 2006

**Via CM/ECF**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, Delaware 19801

    Re:    **Stack Teck Systems, Inc. v. David Brown**
             **C.A. No.: 06-507 KAJ**

Dear Judge Jordan:

      We represent the Defendant, David Brown, in the above captioned case. The Plaintiff is represented by David J. Margules and out-of-state counsel, Robert W. Forman. A telephonic scheduling conference is scheduled for September 14, 2006 at 4:30 p.m. Both parties submit this letter to the Court.

      On August 22, 2006, Defendant filed a Motion to Dismiss based upon *forum non conveniens*. The Plaintiff is opposing the motion and filing an answering brief today.

      The parties have conferred regarding the scheduling order and have discussed a period of seven months to conduct discovery. However, based upon the fact that Defendant's motion is pending, Defendant believes that the entry of a scheduling order, prior to the decision on Defendant's motion, is premature, and respectfully request the Court's view on this since it will impact on the dates in the proposed Scheduling Order. Plaintiff believes that discovery should go forward and is willing to stipulate that such discovery may be used in other actions between the parties if the Court grants Defendant's Motion to Dismiss.

The Honorable Kent A. Jordan
September 12, 2006
Page 2

Respectfully submitted,

*Daniel W. Scialpi*

Daniel W. Scialpi (#4146)

cc: Robert W. Forman, Esq.
David J. Margules, Esq.
Clerk of the Court