IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------X
STACK TECK SYSTEMS, INC., :
a Delaware corporation, :
 :
    Plaintiff, :
 :
        v. :
 : C.A. No. 06-CV-00507-KAJ
 :
DAVID BROWN :
 :
    Defendant. :
 :
---------------------------------------------------------X

**AFFIDAVIT OF MAILING**
**PURSUANT TO DELAWARE DISTRICT COURT RULE 4.1 (b)**

STATE OF DELAWARE    )
                             ) SS.
COUNTY OF NEW CASTLE  )

        Dominick T. Gattuso, being duly sworn, deposes and says:

        1.      I am an attorney for the plaintiff in the above-captioned action and am duly authorized to make this affidavit on their behalf and to represent the facts set forth herein.

        2.      Pursuant to 10 Del. C. § 3104, on July 27, 2006, the Secretary of State of the State of Delaware was served with a true and correct copy of the Complaint with accompanying Summons in this action on behalf of the defendant, David Brown.

        3.      On July 28, 2006, I caused a copy of the Complaint and accompanying Summons to be sent by registered mail, return receipt requested, together with a letter stating the information required by 10 Del. C. § 3104(d), to the defendant, David Brown, at the address indicated below:

>David Brown
>937562 Airport Road, RR # 2
>Lisle, Ontario, Canada
>L0M 1M0

4. The Complaint and accompanying Summons were received by the post office for delivery on the defendant David Brown on July 28, 2006.

5. The Complaint and accompanying Summons were received by defendant David Brown on August 4, 2006, and an Affidavit of Mailing was filed with the Court on August 16, 2006. A copy of the Affidavit of Mailing is attached hereto as Exhibit A.

6. Because the United States Postal Service ("USPS") failed to return the signed return receipt to plaintiff's counsel until August 23, 2004, despite assurances to counsel that we would receive the return receipt within four to seven business days following delivery on defendant Brown on August 4, plaintiff attached a copy of the United States Postal Service's Track & Confirm Receipt from the USPS website to the August 16 Affidavit of Mailing.

7. On or about August 23, 2006, plaintiff received from the USPS the signed return receipt. Upon the advice of the Court's docketing clerk, plaintiff is filing this Affidavit of Mailing and attaching a copy of the signed return receipt as Exhibit B hereto.

_____
Dominick T. Gattuso (I.D. No. 3630)

SWORN TO AND SUBSCRIBED
before me this __13th__ day of September, 2006.

_____
Notary Public

-2-

# EXHIBIT A

Case 1:06-cv-00507-JJF-MPT    Document 13-2    Filed 09/13/2006    Page 1 of 11

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------X
STACK TECK SYSTEMS, INC.,            :
a Delaware corporation,              :
                                     :
    Plaintiff,                       :
                                     :
        v.                           :
                                     :   C.A. No. 06-CV-00507-UNA
                                     :
DAVID BROWN                          :
                                     :
    Defendant.                       :
                                     :
------------------------------------------------------X

## AFFIDAVIT OF MAILING
## PURSUANT TO DELAWARE DISTRICT COURT RULE 4.1 (b)

STATE OF DELAWARE        )
                         ) SS.
COUNTY OF NEW CASTLE     )

Dominick T. Gattuso, being duly sworn, deposes and says:

1. I am an attorney for the plaintiff in the above-captioned action and am duly authorized to make this affidavit on their behalf and to represent the facts set forth herein.

2. Pursuant to 10 Del. C. § 3104, on July 27, 2006, the Secretary of State of the State of Delaware was served with a true and correct copy of the Complaint with accompanying Summons in this action on behalf of the defendant, David Brown.

3. On July 28, 2006, I caused a copy of the Complaint and accompanying Summons to be sent by registered mail, return receipt requested, together with a letter stating the information required by 10 Del. C. § 3104(d), to the defendant, David Brown, at the address

indicated below:

> David Brown
> 937562 Airport Road, RR # 2
> Lisle, Ontario, Cananda
> L0M 1M0

Copies of the letter is attached hereto as Tab 1.

4. The Complaint and accompanying Summons were received by the post office for delivery on the defendant David Brown on July 28, 2006, as evidenced by the postal receipt attached hereto at Tab 2.

5. The Complaint and accompanying Summons were received by defendant David Brown on August 4, 2006, as evidenced by the United State Postal Service's Track & Confirm Receipt, which is attached hereto at Tab 3.[1]

_____
Dominick T. Gattuso (I.D. No. 3630)

SWORN TO AND SUBSCRIBED
before me this 16th day of August, 2006.

_____
Notary Public

JULIE L. FIELDER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 9, 2008

---

[1] The United States Postal Service has not returned the signed return receipt to plaintiff's counsel despite assurances to counsel that we would receive the receipt within four to seven business days following delivery on defendant Brown on August 4.

BMF-W0018119.                                    -2-

# Exhibit

# 1

## BOUCHARD MARGULES & FRIEDLANDER
A PROFESSIONAL CORPORATION
SUITE 1400
222 DELAWARE AVENUE
WILMINGTON, DELAWARE 19801
(302) 573-3500
FAX (302) 573-3501

ANDRE G. BOUCHARD
JOEL FRIEDLANDER
DAVID J. MARGULES

JOHN M. SEAMAN
DOMINICK T. GATTUSO
JAMES G. McMILLAN, III

July 28, 2006

**BY REGISTERED MAIL,
RETURN RECEIPT REQUESTED**

David Brown
937562 Airport Road
RR#2
Lisle, Ontario, Canada
L0M 1M0

RE: *Stack Teck, Inc. v. Brown*, C.A. No. 2299

Dear Mr. Brown:

This letter constitutes notice under 10 *Del. C.* § 3104 that suit has been instituted against you in the Delaware Court of Chancery in and for New Castle County.

Please be advised that the original Summons and Complaint have been served upon the Secretary of State for the State of Delaware in lieu of personal service upon you, and that under the provisions of 10 *Del. C.* § 3104 such service is as effectual to all intents and purposes as if it had been made upon you personally within the State of Delaware.

Enclosed is a copy of the Complaint, Summons and Return of Service.

Sincerely,

Dominick T. Gattuso

Enclosures

cc: Robert Forman, Esquire (via facsimile)
    David J. Margules, Esquire

{BMF-W0017420.}

# Exhibit

# 2

| Registered No. RR366033603US | | Date Stamp |
|---|---|---|
| RR 366 033 603 US | | 0501 04 07/28/2006 |

| To Be Completed By Post Office | Reg. Fee $ | $7.90 | | |
|---|---|---|---|---|
| | Handling Charge $ | $0.00 | Return Receipt $ | $1.85 |
| | Postage $ | $0.90 | Restricted Delivery $ | $0.00 |
| | Received by | [signature] | | |

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

Customer Must Declare Full Value $ $0.00   ☐ With Postal Insurance   ☐ Without Postal Insurance

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

FROM:
Dominick T. Gattuso, Esq.
Bouchard Margules & Friedlander
222 Delaware Ave., Suite 1400
Wilmington, DE 19801

TO:
David Brown
937562 Airport Rd., RR #2
Lisle, Ontario, Canada
LCA Canada  1M0

PS Form 3806, June 2002    Receipt for Registered Mail    Copy 1 - Customer
(See Information on Reverse)

For delivery information, visit our website at www.usps.com ®

# Exhibit

# 3

USPS - Track & Confirm                                                                 Page 1 of 1



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RR36 6033 603U S**
Detailed Results:

- **Delivered Abroad, August 04, 2006, 11:59 am, CANADA**
- **Attempted Delivery Abroad, August 03, 2006, 11:59 am, CANADA**
- **Acceptance, July 28, 2006, 4:37 pm, WILMINGTON, DE 19801**

( < Back )                              ( Return to USPS.com Home > )

**Track & Confirm** 

Enter Label/Receipt Number.

(

## Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

 **POSTAL INSPECTORS**   site map   contact us   government services   jobs   **National & Premier Accounts**
**Preserving the Trust**              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                      8/16/2006

# EXHIBIT B

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) ☐ | Letter (Lettre) ☒ | Printed Matter (Imprimé) ☐ | Other (Autre) ☐ | Recorded Delivery (Envoi à livraison attestée) ☐ | Express Mail International ☐ |
|---|---|---|---|---|---|---|

Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number: RR 366 033 603 US

Office of Mailing (Bureau de dépôt): David Brown

Date of Posting (Date de dépôt): July 28, 2006

Addressee Name or Firm (Nom ou raison sociale du destinataire): 937562 Airport Road

Street and No. (Rue et No.): RR #2

Place and Country (Localité et pays): Lisle, Ontario, Canada L0M 1M0

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.)

Date: Aug 4/06

Postmark: LISLE, ON L0M 1M0

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

PS Form 2865, February 1997 (Reverse)

## CERTIFICATE OF SERVICE

I, John M. Seaman, hereby certify that on September 12, 2006, I served a true and correct copy of the foregoing *Affidavit of Mailing* on the following in the manner indicated below:

### By CM/ECF and U.S. Mail

Richard R. Weir, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WEIR, JR., P.A.
Two Mill Road, Suite 200
Wilmington, DE 19806
Telephone: (302) 888-3222

BOUCHARD MARGULES & FRIEDLANDER, P.A.
David J. Margules (#2254)
Dominick T. Gattuso (#3630)
John M. Seaman (#3868)
222 Delaware Ave, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
abouchard@bmf-law.com
jseaman@bmf-law.com

{BMF-W0023125.}