## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

STACK TECK SYSTEMS, INC.                              :

      Plaintiff,                                :
                                :

    v.                                      :          C.A. No. 06-507 KAJ
                                :

DAVID BROWN                                          :
                                :
                                :

          Defendant.                             :

### MANDATORY DISCLOSURES BY DEFENDANT
### PURSUANT TO FED. R. CIV. P. 26(a)

NOW COMES Defendant by and through counsel, pursuant to Fed. R. Civ. P. 26(a), who reserves the right to supplement this information and states:

1.    A.  Individuals likely to have discoverable information that may be used to support Defendant's claims or defenses, unless solely for impeachment.  In addition to the defendant:

|   |   |
|---|---|
| a. Mr. Gino Trigiani | X CFO Stack Teck Systems Ltd. |
| b. Mr. Henry Rozema | Vice President Stack Teck Systems Ltd. |
| c. Mr. Lou DiMaulo | Vice President Stack Teck Systems Ltd. |
| d. Mr. Vince Travaglini | Vice President Stack Teck Systems Ltd. |
| e. Mr. Fernando Segovia | X Vice President Stack Teck Systems Ltd. |
| f. Mr. Joe Claxton | X Vice President Stack Teck Systems Ltd. |
| g. Mr. Andy Vandenberk | Production Manager Stack Teck Systems Ltd. |
| h. Mr. Tom Smith | Vice President Stack Teck Systems California |
| i. Mr. Leonard Harlan | X Director Stack Teck Systems Inc. |
| j. Mr. Bill Pruelledge | X Director Stack Teck Systems Inc. |

k.  Mr. Ralph Goldsilver          X Director Stack Teck Systems Inc.

l.  Mr. Tom Cook                  X Director Stack Teck Systems Inc.

m. Mr. Larry Klumpp              X Director Stack Teck Systems Inc.

n.  Mr. Robert Wages             X Director Stack Teck Systems Inc.

o.  Mr. Scorr Schooley           Director Stack Teck Systems Inc.

p.  Mr. Malcolm Chiu             IT Director Stack Teck Systems Ltd.

q.  Numerous mid-level employees who participated in the plan.

B.  A description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of Defendant and that Defendant may use to support his claims or defenses, unless solely for impeachment.

a.  Annual Approved Budgets for both operating entities of Stack Teck (Canada & California) reflecting the Incentive (bonus) Plan.

b.  Monthly Board Reporting Packages showing the monthly accounting for the Incentive Plan under question for 2005 plus previous years.  The packages also show the company's performance against the above budgets which drove the Incentive Plan.

c.  The detailed Incentive plans and summaries presented to the relevant employee participants near the start of each year plus the final results of same at the end.  This includes Executives, mid management and others in both Canada and California.

d.  Defendant's promissory note, both original and as amended and restated , in 1998.

e.  The shareholders agreement plus the tag along notice which shows that it became null and void last October.

f.  The spread sheet showing the distribution of funds injected by Woodside Annex after the completion of the transaction.

g.  Any document relating to how Woodside and Annex would deal with the employee shareholders post closing.

C.  <u>A computation of damages claimed.</u>

To be provided during the course of discovery

D.  <u>Any insurance agreement which may be available to satisfy part or all of a judgment which may be entered in the action.</u>

Defendant was covered by D& O insurance..

2.    A.  <u>The disclosure of any person who may be used at trial to present evidence.</u>

Trial and expert witnesses have not yet been determined.

Respectfully submitted,
**RICHARD R. WIER, JR., P.A.**


 /s/ Richard R. Wier, Jr.
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

STACK TECK SYSTEMS, INC.      :
      :
      Plaintiff,      :
      :
      v.      :      C.A. No. 06-507 KAJ
      :
DAVID BROWN      :
      :
      :
      :
      Defendant.      :

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of October 2006 that I caused a copy of the attached to be served by ELECTRONIC FILING.

**RICHARD R. WIER, JR., P.A.**

_/s/ Richard R. Wier, Jr._
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302)888-3222
RWier@wierlaw.com