UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

------------------------------------------------------------------X

STACKTECK SYSTEMS, INC.          :
                                 :
                    Plaintiff,   :
                                 :
        -against-                :    C.A. No. 06-507 KAJ
                                 :
                                 :
DAVID BROWN                      :
                                 :
                    Defendant.   :
                                 :
------------------------------------------------------------------X

### PLAINTIFF STACKTECK SYSTEMS, INC.'S RULE 26(a)(1) DISCLOSURE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiff StackTeck Systems, Inc. ("StackTeck") hereby makes its initial disclosures as follows:

### F.R.C.P. 26(a)(1)(A): WITNESSES

Subject to its right to supplement these responses, which right is hereby reserved, StackTeck responds that each individual listed below is likely to have discoverable information that StackTeck may use to support its claims, unless solely used for impeachment:

A.   Present StackTeck Board Members:  The following individuals are members of StackTeck's Board of Directors (the "Board") believed to have information concerning StackTeck's policies, practices and procedures for paying bonuses, including the requirements for obtaining Board approval prior to the issuance of bonuses; Brown's duties, job responsibilities and performance while working for StackTeck and its operating subsidiaries; StackTeck's agreements with its principal lenders; the operations and performance of StackTeck

BMF-W0025966.

and its operating subsidiaries; the circumstances surrounding and reason why Brown was terminated from his positions with StackTeck and its operating subsidiaries; and, the damages StackTeck suffered as a result of Brown's unauthorized actions:

1. Scott Schooley
   c/o Robert Forman
   Shapiro Forman Allen Sava & McPherson LLP
   380 Madison Avenue
   New York, NY 10017
   212-972-4900

2. Daffne Firth
   c/o Robert Forman
   Shapiro Forman Allen Sava & McPherson LLP
   380 Madison Avenue
   New York, NY 10017
   212-972-4900

3. Alexander Coleman
   c/o Robert Forman
   Shapiro Forman Allen Sava & McPherson LLP
   380 Madison Avenue
   New York, NY 10017
   212-972-4900

4. Robert Fowler
   c/o Robert Forman
   Shapiro Forman Allen Sava & McPherson LLP
   380 Madison Avenue
   New York, NY 10017
   212-972-4900

B. <u>Former StackTeck Board Members</u>: The following individuals are former members of the Board believed to have information concerning StackTeck's policies, practices and procedures concerning bonus payments, including the requirements for obtaining Board approval prior to the issuance of bonuses; StackTeck's agreements with its principal lenders;

Brown's duties, job responsibilities and performance while working at StackTeck and its operating subsidiaries; and StackTeck's operations and performance:

      1.     Ralph Goldsilver

      2.     Leonard Harlan

      3.     William Pruellage

C.     Defendant David Brown is believed to have information concerning StackTeck's policies, practices and procedures for paying bonuses, including the requirements for obtaining Board approval prior to the issuance of bonuses; his duties, job responsibilities and performance while working for StackTeck and its operating subsidiaries; StackTeck's agreements with its principal lenders; the operations and performance of StackTeck and its operating subsidiaries; the circumstances surrounding and reason why he was terminated from his positions with StackTeck and its operating subsidiaries; and the damages StackTeck suffered as a result of his unauthorized actions.

D.     Rodney L. Crawford, Crawford & Winiarski, 535 Griswold, Suite 1500, Detroit, Michigan 48226, is believed to have information concerning bonuses issued by, and the performance of, StackTeck and its operating subsidiaries.

E.     StackTeck reserves the right to incorporate by reference any persons disclosed by defendant pursuant to Federal Rule of Civil Procedure 26(a)(1)(A).

### F.R.C.P. 26(a)(1)(B)

Subject to its right to supplement these responses, which right is hereby reserved, StackTeck responds that it may use the following categories of documents in its custody, possession or control that to support of its claims, unless used so solely for impeachment purposes:

- minutes and other documentation concerning Board meetings;

- documents concerning StackTeck's communications with Brown;

- documents concerning the payment of bonuses and other compensation by StackTeck and its operating subsidiaries;

- financial statements and other books and records of StackTeck reflecting the performance and financial condition of the company and its operating subsidiaries;

- loan agreements and other documentation concerning StackTeck's principal lenders; and

- personnel file of Brown.

### F.R.C.P. 26(a)(1)(C)

Subject to its right to supplement these responses, which right is hereby reserved, StackTeck seeks compensatory damages reflecting the approximately $100,011,000 (CAD) (approximately $853,000 (US)) in unauthorized bonuses Brown caused to be issued, interest, a reasonable allowance for attorneys fees and expert witness fees, and such other relief as the Court deems proper. The manner in which the amount of damages has been computed is set forth in the spreadsheet, attached hereto as Exhibit A. StackTeck also seeks a declaration that Brown was terminated for cause.

BMF-W0025966.                                            4

**F.R.C.P. 26(a)(1)(D)**

Subject to its right to supplement these responses, StackTeck does not have any insurance policies applicable to these proceedings.

Dated: October 4, 2006

                                          BOUCHARD MARGULES & FRIEDLANDER

                                          By: _____
                                          David Margules (Bar ID No. 2254)
                                          Dominick T. Gatusso (Bar ID No. 3630)
                                          222 Delaware Avenue, Suite 1400
                                          Wilmington, DE  19801
                                          (302) 573-3500
                                          *Attorneys for Plaintiff*

OF COUNSEL:

Robert W. Forman
Yoram J. Miller
SHAPIRO FORMAN ALLEN SAVA & McPHERSON LLP
380 Madison Avenue
New York, NY  10017
(212) 972-4900

# EXHIBIT

# A

## 2005 Incentive Summary

| File | | Executive | Salary | Incentive | Discretion | Total |
|---|---|---|---|---|---|---|
| 58 | David | Brown | $ 275,000 | $ 75,625 | $ 24,427 | $ 105,000 |
| 234 | Gino | Trigiani | $ 220,000 | $ 60,500 | $ 24,503 | $ 85,000 |
| 101 | Henry | Rozema | $ 160,000 | $ 43,440 | $ 10,860 | $ 54,300 |
| 61 | Lou | DiMaulo | $ 160,000 | $ 44,120 | $ 9,706 | $ 53,826 |
| 122 | Vince | Travaglini | $ 150,000 | $ 41,362 | $ 9,100 | $ 50,462 |
| 128 | Fernando | Segovia | $ 170,000 | $ 80,780 | $ 12,117 | $ 92,897 |
| | | | | | | **$ 441,485** |

### Senior Managers

| File | | | Salary | Incentive | Discretion | Total |
|---|---|---|---|---|---|---|
| 350 | Malcolm | Chiu | $ 125,000 | $ 34,375 | $ 5,156 | $ 39,531 |
| 95 | Joe | Claxton | $ 150,000 | $ 41,362 | $ 6,204 | $ 47,567 |
| 67 | Andy | VandenBerk | $ 127,800 | $ 35,240 | $ 5,286 | $ 40,526 |

### Salaried

| File | | | Salary | Incentive | Discretion | Total |
|---|---|---|---|---|---|---|
| 1122 | David | Gallagher | $ 96,700 | $ 10,637 | $ 2,363 | $ 13,000 |
| 98 | Allan | MacDonald | $ 101,100 | $ 11,121 | $ 879 | $ 12,000 |
| 148 | Philip | Martino | $ 97,000 | $ 10,670 | $ 1,330 | $ 12,000 |
| 1107 | Pat | Murray | $ 82,000 | $ 9,020 | $ 180 | $ 9,200 |
| 225 | Gary | Fong | $ 80,000 | $ 8,800 | $ 450 | $ 9,250 |
| 229 | Mauro | Brocca | $ 77,000 | $ 8,470 | $ 30 | $ 8,500 |
| 210 | Celestino | Espinola | $ 67,500 | $ 7,425 | $ 575 | $ 8,000 |
| 265 | Eugenio | Massa | $ 84,000 | $ 9,240 | $ 60 | $ 9,300 |
| 428 | Antunes | Antunes | $ 86,000 | $ 9,460 | $ 540 | $ 10,000 |
| 69 | Law | Law | $ 74,500 | $ 8,195 | $ 305 | $ 8,500 |
| | | | | | | **$ 127,624** |

### Lead Hand: Lead Hands

| File | | | Salary | Incentive | Discretion | Total |
|---|---|---|---|---|---|---|
| 287 | Rotundo | Rotundo | $ 59,000 | $ 3,540 | $ 60 | $ 3,600 |
| 402 | Jackson | Jackson | $ 62,000 | $ 3,720 | $ 280 | $ 4,000 |
| 103 | Morone | Morone | $ 64,000 | $ 3,840 | $ 660 | $ 4,500 |
| 165 | Thandi | Thandi | $ 62,500 | $ 3,750 | $ 250 | $ 4,000 |
| 313 | Scarsellon | Scarsellone | $ 66,000 | $ 3,960 | $ 40 | $ 4,000 |
| 1146 | Chiu | Chiu | $ 64,500 | $ 3,870 | $ 130 | $ 4,000 |
| 52 | Decicco | Decicco | $ 63,000 | $ 3,780 | $ 20 | $ 3,800 |
| 88 | Sdraulig | Sdraulig | $ 58,000 | $ 3,480 | $ 20 | $ 3,500 |
| 90 | Forcina | Forcina | $ 65,000 | $ 3,900 | $ 100 | $ 4,000 |
| 94 | Altamirano | Altamirano | $ 58,500 | $ 3,510 | $ 90 | $ 3,600 |
| 298 | Cicchelli | Cicchelli | $ 66,000 | $ 3,960 | $ 40 | $ 4,000 |
| 93 | Butcher | Butcher | $ 65,500 | $ 3,930 | $ 570 | $ 4,500 |
| 91 | Mazza | Mazza | $ 59,000 | $ 3,540 | $ 460 | $ 4,000 |
| | | | | | | **$ 99,750** |

| ID | First | Last | | Amount | | Amount2 |
|---|---|---|---|---|---|---|
| 1207 | Zareba | Zareba | $ | 58,000 | $ | 3,480 |
| 173 | Ribezzo | Ribezzo | $ | 48,000 | $ | 2,880 |
| 79 | Rock | Rock | $ | 63,000 | $ | 3,780 |
| 1296 | Brtka | Brtka | $ | 65,000 | $ | 3,900 |
| 254 | Cretu | Cretu | $ | 58,000 | $ | 3,480 |

**TSM's            TSM's**

| ID | First | Last | | Amount | | Amount2 |
|---|---|---|---|---|---|---|
| 334 | Ted | Marcinkiewicz | $ | 82,925 | $ | 20 |
| 1184 | Voges | Voges | $ | 71,000 | $ | 120 |
| 1013 | Scheliga | Scheliga | $ | 124,000 | $ | 220 |
| 386 | Rosati | Rosati | $ | 82,000 | $ | 100 |
| 193 | Iaboni | Iaboni | $ | 86,000 | $ | 4,000 |
| 232 | Castelmez | Castelmezzano | $ | 62,265 | $ | 520 |
| 126 | Morra | Morra | $ | 94,100 | | |
| | | | | | **$** | **70,000** |

**PM's & Ap PM's & App's**

| ID | First | Last | | Amount | | Amount2 |
|---|---|---|---|---|---|---|
| 80 | Rick | Rick | $ | 92,000.00 | $ | 16,230 |
| 1043 | Ealias | Ealias | $ | 105,000.00 | $ | 13,720 |
| 54 | Sferrazza | Sferrazza | $ | 66,040.00 | $ | 20,240 |
| 82 | Cesario | Cesario | $ | 69,077.00 | $ | 23,230 |
| 1030 | Haire | Haire | $ | 66,040.00 | $ | 18,335 |
| 134 | Janecivic | Janecivic | $ | 44,720.00 | $ | 10,170 |
| | | | | | $ | 15,357 |
| | | | | | **$** | **117,282** |

**Business /Business Development**

| ID | First | Last | | Amount | | Amount2 |
|---|---|---|---|---|---|---|
| 273 | Ricardo | Ospina | $ | 80,000 | $ | 23,000 |
| 344 | Jordon | Robertson | $ | 130,000 | $ | 30,000 |
| | Chris | Day | $ | 73,000 | $ | 23,000 |
| | | | | | **$** | **76,000** |

**Discretion Discretion**

| ID | First | Last | | Amount | | Amount2 |
|---|---|---|---|---|---|---|
| 60 | Michele | D'Andrea | | $104,500.00 | $ | 3,500 |
| 142 | Wlodziemi | Razny | | $31.00 | $ | 3,000 |
| 381 | Nikola | Badju | | $30.75 | $ | 4,000 |
| 1010 | Mohamed | Abdellatif | | $34.00 | $ | 500 |
| 70 | Tim | Im | | $96,000.00 | $ | 2,500 |
| 62 | Kyung Tae | Lee | | $96,000.00 | $ | 2,500 |
| 222 | Rick | DeCandido | | $33.00 | $ | 500 |
| 372 | Jeffrey | Ngai | | $48,250.00 | $ | 2,000 |
| 318 | Mihai | Berceanu | | $53,500.00 | $ | 2,000 |
| 136 | Stan | Moiijgun | | $33.00 | $ | 1,800 |
| 132 | Chris | Cave | | $23.75 | $ | 750 |
| 405 | Luis | Rosero | | $70,500.00 | $ | 1,500 |
| 423 | Pamalea | Contreras | | $43,000.00 | $ | 1,000 |

| | | | |
|---|---|---|---|
| 310 | Sheela | Bhagwat | $43,200.00 |
| 436 | Daniel | Fernandes | $45,000.00 |
| 410 | Jignesh | Thakkar | $42,000.00 |
| 105 | Joan | Toste | $39,650.00 |
| 120 | Silvana | Greco | $25.00 |
| 339 | Edit | Parker | $46,350.00 |
| 197 | Carla | Violin | $54,000.00 |

| | |
|---|---|
| | $ 750 |
| | $ 500 |
| | $ 500 |
| | $ 500 |
| | $ 500 |
| | $ 750 |
| | $ 750 |
| | **$ 29,800** |
| Total | **$ 1,011,031** |

## CERTIFICATE OF SERVICE

I, Dominick T. Gattuso, hereby certify that on October 4, 2006, I served a true and correct copy of the foregoing *Plaintiff StackTeck Systems, Inc.'s Rule 26(a)(1) Disclosure* on the following in the manner indicated below:

### By CM/ECF

Richard R. Weir, Jr. (#716)
RICHARD R. WEIR, JR., P.A.
Two Mill Road, Suite 200
Wilmington, DE 19806
Telephone: (302) 888-3222

/s/ Gattuso
BOUCHARD MARGULES & FRIEDLANDER, P.A.
David J. Margules (#2254)
Dominick T. Gattuso (#3630)
222 Delaware Ave, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
dgattuso@bmf-law.com