IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
STACK TECK SYSTEMS, INC., :
a Delaware corporation, :
 :
    Plaintiff, :
 :
    v. :  C.A. No. 06-507 KAJ
 :
DAVID BROWN :
 :
    Defendant. :
 :
---------------------------------------------------------------X

## NOTICE OF SERVICE

I hereby certify that on November 16, 2006, copies of *Plaintiff's First Set Of Interrogatories and Plaintiff's First Set of Document Requests* were served by U.S. Mail and E-mail on the following individual:

    Richard R. Wier, Jr. (#716)
    RICHARD R. WIER, JR., P.A.
    Two Mill Road, Suite 200
    Wilmington, DE 19806
    Telephone: (302) 888-3222

    /s/ *signature*
    David J. Margules (#2254)
    Dominick T. Gattuso (#3630)
    BOUCHARD MARGULES & FRIEDLANDER, P.A.
    222 Delaware Avenue, Suite 1400
    Wilmington, DE 19801
    (302) 573-3500
    *Attorneys for Plaintiffs-Counterclaim Defendants*

DATED: November 16, 2006

## CERTIFICATE OF SERVICE

I, Dominick T. Gattuso, hereby certify that on November 16, 2006, I served a true and correct copy of the foregoing *Notice of Service for Plaintiff's First Request for Production of Documents and Plaintiff's First Set of Interrogatories* on the following in the manner indicated below:

### By CM/ECF

Richard R. Wier, Jr. (#716)
RICHARD R. WIER, JR., P.A.
Two Mill Road, Suite 200
Wilmington, DE 19806
Telephone: (302) 888-3222

*/s/ Dominick T. Gattuso*
BOUCHARD MARGULES & FRIEDLANDER, P.A.
David J. Margules (#2254)
Dominick T. Gattuso (#3630)
222 Delaware Ave, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3500
dmargules@bmf-law.com
dgattuso@bmf-law.com