## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACK TECK SYSTEMS, INC., a Delaware Corporation, | : : : |
| Plaintiff, | : : |
| v. | : : Civil Action No. 06-507-KAJ |
| DAVID BROWN, | : : |
| Defendant. | : : |

## ORDER

At Wilmington this **21st** day of **November, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Monday, February 26, 2007 at 9:30 a.m.** with Magistrate Judge Thynge to discuss the status of the case and the parties' interest in court-assisted ADR. **Defense counsel shall initiate the teleconference call.** Counsel are to advise the Magistrate Judge when the decision on the motion to dismiss has been rendered.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE