UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
STACKTECK SYSTEMS, INC.  :
:
                      Plaintiff,  :
:    C.A. No. 06-507
    -against-  :
:
:
DAVID BROWN  :
:
:
                     Defendant.  :
:
------------------------------------------------------------X

## JOINT STATUS REPORT

Plaintiff StackTeck Systems, Inc. ("StackTeck") and Defendant David Brown ("Brown") hereby submit this joint status report in accordance with the Court's January 9, 2007 Order.

**1.    Substance of the Action**

Plaintiff StackTeck is a Delaware corporation which provides integrated plastic tooling solutions through subsidiaries in California and Ontario, Canada.. Defendant Brown served as StackTeck's president, chief executive officer and director. Brown was also the president (among other titles) of StackTeck's operating subsidiaries.

On July 19, 2006, StackTeck terminated Brown, claiming that he breached his fiduciary duties by (i) issuing bonuses to himself and others without Board approval and (ii) in an effort to avoid paying taxes on the bonus he issued to himself, causing the bonus to be booked as the repayment of a note in violation of StackTeck's lending agreements.

Brown asserts that the bonus payments were part of a formalized plan that was required to be paid out if the participants achieved pre-determined performance levels, which they did.

StackTeck filed its Complaint in the Court of Chancery of the State of Delaware on July 25,

2006. Brown removed the case to this Court on August 15, 2006.

**2.      Outstanding Motion**

On August 22, 2006, Brown filed a *forum non conveniens* motion arguing that StackTeck's claims should be adjudicated in Ontario, Canada (DI # 4).  Briefing was completed on September 22, 2006.

**3.      The Scheduling Order**

On September 27, 2006, the Court entered an Order setting the following deadlines:

| | |
|---|---|
| Rule 26(a)(1) disclosures | October 2, 2006 |
| Joinder of parties and amended pleadings | November 6, 2006 |
| Initial Expert Disclosures | January 30, 2007 |
| Interim Status Report | February 26, 2007 |
| Rebuttal Expert Disclosures | March 1, 2007 |
| Status Conference | March 5, 2007 |
| Discovery Cut-Off | April 30, 2007 |
| Dispositive Motions | May 31, 2007 |
| Joint Proposed Pre-Trial Order | October 12, 2007 |
| Pre-Trial Conference | November 12, 2007 |
| Trial (4 days) | December 17, 2007 |

**4.      Status of the Case**

The parties exchanged Rule 26(a)(1) disclosures in early October 2006.

On November 16, 2006, StackTeck served document requests and interrogatories upon Brown.  Brown's responses were due on December 18, 2006.  Brown has yet to respond to the discovery requests StackTeck served.  On December 18, 2006, Brown wrote the Court a letter requesting that discovery be stayed until a decision is rendered on Brown's pending *forum non conveniens* motion.  On December 21, 2006, StackTeck opposed Brown's request for a stay, noting that Judge Jordan rejected a similar request when he set the Scheduling Order.

No other discovery has been conducted.

Date:   January 16, 2006

| | |
|---|---|
| BOUCHARD MARGULES & FRIEDLANDER, P.A. | RICHARD R. WIER, JR., PA |

__/s/ Dominick T. Gattuso__          __/s/Richard R. Wier, Jr.__
David Margules (#2254)               Richard R. Wier, Jr. (#716)
Dominick T. Gatusso (#3630)          Two Mill Road, Suite 200
222 Delaware Avenue, Suite 1400      Wilmington, DE 19806
Wilmington, DE 19801                 (302) 888-3222
(302) 573-3500                       *Attorneys for Defendant*

OF COUNSEL:
Robert W. Forman
Yoram J. Miller
SHAPIRO FORMAN ALLEN
   SAVA & MCPHERSON LLP
380 Madison Avenue
New York, NY 10017
(212) 972-4900
*Attorneys for Plaintiff*