IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STACK TECK SYSTEMS, INC., <br> a Delaware Corporation, | : <br> : <br> : | |
| Plaintiff, | : <br> : | |
| v. <br> DAVID BROWN, | : <br> : <br> : | Civil Action No. 06-507-*** |
| Defendant. | : | |

## **ORDER**

At Wilmington, Delaware, this **24th** day of **January, 2007.**

IT IS ORDERED that the teleconference of February 26, 2007and the status teleconference scheduled for March 5, 2007 are canceled.  The transcript of the January 23, 2007 teleconference shall serve as an Order of the Court regarding amending the scheduling order and defendant's request for a stay of discovery.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE