IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STACK TECK SYSTEMS, INC. : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | C.A. No.: 06-507 |
| : | |
| DAVID BROWN, : | |
| : | |
| Defendant. : | |

### CERTIFICATE OF SERVICE

I, Richard R. Wier, Jr., hereby certify that on this 21st day of February 2007 that I caused two copies of Defendant's Response to Request for Production and Defendant's Response to Plaintiff's First Set of Interrogatories served BY HAND DELIVERY on:

David J. Marguiles, Esq.
Bouchard, Marguiles & Friedlander, PA
222 Delaware Avenue - Suite 1400
Wilmington, DE 19801

RICHARD R. WIER, JR., P.A.

_____
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, Delaware 19806
(302)888-3222