IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

STACK TECK SYSTEMS, INC.          :
                                  :
        Plaintiff,                :
                                  :
v.                                :   C.A. No.: 06-507
                                  :
DAVID BROWN,                      :
                                  :
        Defendant.                :

### CERTIFICATE OF SERVICE

I, Richard R. Wier, Jr., hereby certify that on this 2ⁿᵈ day of February 2007 that I caused two copies of Defendant's First Request for Production of Documents Directed to Plaintiff and Defendant's First Set of Interrogatories Directed to Plaintiff served BY HAND DELIVERY on:

David J. Marguiles, Esq.
Bouchard, Marguiles & Friedlander, PA
222 Delaware Avenue - Suite 1400
Wilmington, DE 19801

RICHARD R. WIER, JR., P.A.

_____
Richard R. Wier, Jr. (#716)
Two Mill Road, Suite 200
Wilmington, Delaware 19806
(302)888-3222