**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

```
-----------------------------------------------------------------------X
STACK TECK SYSTEMS, INC.,                    :
a Delaware corporation,                      :
                                             :
        Plaintiff,                           :
                                             :
                                             :
                v.                           :
                                             :   C.A. No. 06-507-KAJ
                                             :
DAVID BROWN,                                 :
                                             :
        Defendant.                           :
                                             :
-----------------------------------------------------------------------X
```

**REVISED SCHEDULING ORDER**

This ___ day of _____, 2007, and the parties having jointly requested that certain discovery deadlines contained in the Scheduling Order entered on September 26, 2006 (the "Scheduling Order") be amended;

IT IS ORDERED that,

      1.      Except as specified below, the provisions of the Scheduling Order and the Court's Order of January 23, 2007 shall remain in full force and effect.

      2.      All discovery in this case shall be initiated so that discovery is completed on or before July 16, 2007. Unless otherwise ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware shall be strictly observed.

   3. All case dispositive motions, an opening brief, and affidavits, if any, in support thereof, shall be filed and served on or before August 17, 2007. Briefing will be presented pursuant to the Court's Local Rules.

   4. The dates set forth in Paragraphs 7-9, 11 and 14 of the Scheduling Order titled "Interim Status Reports," "Status Conference," "Pre-Trial Conference," and "Trial" are no longer applicable to the parties.

          _____
          UNITED STATES MAGISTRATE JUDGE