IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------------X
STACK TECK SYSTEMS, INC.,                        :
a Delaware corporation,                             :
         Plaintiff,                                  :
              v.                                       :     C.A. No. 06-507 KAJ
DAVID BROWN                                   :
         Defendant.                                 :
-----------------------------------------------------------------------X

**NOTICE OF SERVICE**

        I hereby certify that on May 2, 2007, copies of ***Plaintiff's Responses And Objections To Defendant David Brown's First Set of Interrogatories*** were served by U.S. Mail and E-mail on the following individual:

               Richard R. Wier, Jr. (#716)
               RICHARD R. WIER, JR., P.A.
               Two Mill Road, Suite 200
               Wilmington, DE 19806
               Telephone: (302) 888-3222


               ___/s/ Dominick T. Gattuso_____
               David J. Margules (#2254)
               Dominick T. Gattuso (#3630)
               BOUCHARD MARGULES & FRIEDLANDER, P.A.
               222 Delaware Avenue, Suite 1400
               Wilmington, DE 19801
               (302) 573-3500
               *Attorneys for Plaintiff*

OF COUNSEL:

Robert W. Forman, Esq.
SHAPIRO FORMAN ALLEN SAVA &
MCPHERSON LLP
380 Madison Avenue
New York, New York 10017
(212) 972-4900

DATED: May 2, 2007

**CERTIFICATE OF SERVICE**

      I, Dominick T. Gattuso, hereby certify that on May 2, 2007, I served a true and correct copy of the foregoing *Notice of Service to Plaintiff's Responses And Objections To Defendant David Brown's First Set of Interrogatories* on the following in the manner indicated below:

      **By CM/ECF**

      Richard R. Wier, Jr. (#716)
      RICHARD R. WIER, JR., P.A.
      Two Mill Road, Suite 200
      Wilmington, DE 19806
      Telephone: (302) 888-3222

      /s/ Dominick T. Gattuso
      BOUCHARD MARGULES & FRIEDLANDER, P.A.
      David J. Margules (#2254)
      Dominick T. Gattuso (#3630)
      222 Delaware Ave, Suite 1400
      Wilmington, DE 19801
      Telephone: (302) 573-3500
      dmargules@bmf-law.com
      dgattuso@bmf-law.com