**RICHARD R. WIER, JR., P.A.**

ATTORNEY AT LAW

TWO MILL ROAD, SUITE 200
WILMINGTON, DELAWARE 19806

www.Wierlaw.com

**RICHARD R. WIER, JR.***

*ALSO ADMITTED IN PA

(302) 888-3222
FAX (302) 888-3225

RWier@Wierlaw.com

July 11, 2007

**Via CM/ECF and By Hand**
Magistrate Judge Mary Pat Thynge
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **Stack Teck Systems, Inc. v. David Brown**
             C.A. No.: 06-507

Dear Judge Thynge:

      As you know, this firm represents the defendant in the above captioned case. Discovery is scheduled to be concluded on July 13, 2007. The Canadian action involving the same parties is still continuing as your Honor is aware, and mediation in that matter is scheduled to take place on August 13, 2007. All parties have also agreed to have informal discussions of these matters on July 20, 2007. Based upon these representations counsel in the Delaware case have agreed that an extension of discovery is appropriate until after the mediation. Although the parties have not agreed on a date certain to conclude discovery all agree that we should request from the Court an extension of the July 13, 2007 date and set a new date, with the Court's approval, after August 13, 2007 if the case(s) do not settle.

      We had discussed these issues with Yorman Miller, counsel for Plaintiff, and he has also indicated that he would be sending correspondence to the Court. Accordingly, we are writing to the Court expressing our understanding of the status of the case. We are ready to discuss this with the Court at the Court and counsel's convenience.

                                                         Respectfully Submitted,

                                                          Richard R. Wier, Jr. (#716)

RRWjr:jt

    cc:    Eric Gionet, Esq.
           David J. Margules, Esq.
           Yoram Miller, Esq.
           David Brown