IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STACK TECK SYSTEMS, INC., a Delaware Corporation, | : : : | |
| Plaintiff, | : : | |
| v. DAVID BROWN, | : : : | Civil Action No. 06-507-*** |
| Defendant. | : : | |

## **ORDER**

At Wilmington, Delaware, this **13th** day of **July, 2007.**

IT IS ORDERED that in view of Mr. Weir's letter to the Court dated July 11, 2007, the discovery deadline of July 13, 2007 has been vacated and shall be reset to a date to be agreed upon by the parties.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE