IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------X
STACK TECK SYSTEMS, INC.,
a Delaware corporation,

    Plaintiff,

        v.

                                                     C.A. No. 06-507 KAJ

DAVID BROWN

    Defendant.
---------------------------------------------------------------X

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), it is hereby stipulated by and between counsel that this action is dismissed with prejudice and without costs.

| | |
|---|---|
| BOUCHARD MARGULES<br>& FRIEDLANDER | RICHARD R. WIER, JR., P.A. |
| By: *[signature]*<br>David Margules<br>Dominick Gattuso<br>222 Delaware Avenue, Suite 1400<br>Wilmington, DE 19801<br>(302) 573-3500<br>Attorneys for Plaintiff | By: *[signature]*<br>Richard R. Wier, Jr.<br><br>Two Mill Road, Suite 200<br>Wilmington, DE 19806<br>(302) 888-3222<br>Attorneys for Defendant |

Dated: September 10, 2007

{BMF-W0050089.}